In Re:   EDGAR G FINN SR                                    TRUSTEE'S FINAL ACCOUNT AND
        RAYNELL FINN                                      REPORT CHAPTER 13 CASE

                                        CASE NO. - 04-34297  GFK
                                            Paid Out, Discharge

-----------------------------------------------------------------------------------

The undersigned hereby submits their Final Accounting and Report as Standing Trustee in the above titled case.

## RECEIPTS

| | | |
|---|---|---|
| 1. | Total Payments received from debtor | $13,570.00 |
| 2. | Refunds from creditors | $0.00 |
| 3. | Less overpayment refunded to debtor | $0.00 |
| 4. | Total net funds paid by debtor, plus refunds from creditor | $13,570.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 5. | Funds Delivered to Chapter 7 Trustee | $0.00 |
| 6. | Total dividends paid to creditors under debtors plan | $11,597.73 |
| 7. | Trustee's percentage fee computed on Items 6,8,9 | $722.27 |
| 8. | Debtor's Attorney fee allowed and paid | $1,250.00 |
| 9. | Debtor's Attorney expense allowed and paid | $0.00 |
| 10. | Charges Due Clerk Of U.S. Bankruptcy Court | $0.00 |
| 11. | Total Disbursements Made | $13,570.00 |

REMARKS:

At Minneapolis, Minnesota

/e/ Jasmine Z. Keller                                                    Date: 02/13/2008
Jasmine Z. Keller, Trustee

TRUSTEE'S FINAL ACCOUNT AND REPORT                                                      PAGE 2

DEBTOR:  EDGAR G FINN SR                                    CASE NO. - 04-34297
RAYNELL FINN

------------------------------------------------------------------------------------

Total Dividends Paid to Creditors
Secured (S), Priority (P), Unsecured (U)

| Claim | Type | Name of Claimant | Amount Paid |
|---|---|---|---|
| | P | Dept of the Treasury-Internal Rev Svc | $0.00 |
| | S | Dakota County Dept of Economic Assist | $0.00 |
| | U | Total Unsecured Debt | $0.00 |
| 1 | S | Ramsey County Property Tax | $451.41 |
| 1 | P | Ramsey County Property Tax | $0.00 |
| 10 | U | Minnesota Department of Revenue | $0.00 |
| 2 | U | Minnegasco/Center Point Energy | $172.82 |
| 3 | U | City County Federal Credit Union | $194.18 |
| 4 | S | Ameriquest Mortgage Company | $0.00 |
| 5 | U | Capital One Auto Finance | $3,854.17 |
| 6 | S | Systems & Services Technologies INC | $0.00 |
| 7 | U | CAPITAL ONE BANK | $0.00 |
| 8 | S | FAIRLANE CREDIT, SST | $5,041.00 |
| 8 | U | FAIRLANE CREDIT, SST | $126.96 |
| 9 | U | US DEPT OF EDUCATION | $1,757.19 |

At Minneapolis, Minnesota                          Subtotal Dividends paid      11,597.73
Total Dividends paid       $11,597.73

/e/ Jasmine Z. Keller                                          Date: 02/13/2008
Jasmine Z. Keller, Trustee